**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/29/21 6:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ELIZABETH I PAPAZIAN

    Debtor(s)
Ronda J. Winnecour, Trustee
  Movant
   vs.
ELIZABETH I PAPAZIAN


    Respondents

Case No. 16-23260-JAD

Chapter 13

Related To ECF No. 118

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 29th day of September, 2021, it is hereby ORDERED, ADJUDGED and DECREED that,

National Vision
Attn: Payroll Manager
2435 Commerce Ave., Bldg 2200
Duluth, GA 30096

is hereby ordered to immediately terminate the attachment of the wages of ELIZABETH I PAPAZIAN, social security number XXX-XX-3488. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ELIZABETH I. PAPAZIAN.

BY THE COURT:

_____
JEFFERY A. DELLER   mas
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23260-JAD |
| Elizabeth I Papazian | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 1 of 2 |
| Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth I Papazian, 139 Wildwood Road, Midland, PA 15059-2201 |
| | + | National Vision, Attn: HR / Payroll Dept., 2435 Commerce Ave., Bldg. 2200, Duluth, GA 30096-4980 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021            Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor PNC BANK N.A. bnicholas@kmllawgroup.com |
| Edgardo D Santillan | |
| | on behalf of Debtor Elizabeth I Papazian ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Edgardo D Santillan | |
| | on behalf of Plaintiff Elizabeth I Papazian ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Edgardo D Santillan | |
| | on behalf of Debtor William J Atwell  Jr. ed@santillanlaw.com, edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@g |

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 2 of 2 |
| Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 2 |

mail.com,r53999@notify.bestcase.com

Michael C. Mazack
    on behalf of Creditor Upper St. Clair School District mmazack@tuckerlaw.com
    jdearment@lynchlaw-group.com;ddileva@lynchlaw-group.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK N.A. amps@manleydeas.com

TOTAL: 9