**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Elizabeth I Papazian**
Debtor(s)

Bankruptcy Case No.: 16−23260−JAD

Chapter: 13
Docket No.: 124 − 123

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 24th of November, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/10/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/19/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/10/22.**

                                                Jeffery A. Deller
                                                United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23260-JAD |
| Elizabeth I Papazian | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jfur | Page 1 of 3 |
| Date Rcvd: Nov 24, 2021 | Form ID: 408 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth I Papazian, 139 Wildwood Road, Midland, PA 15059-2201 |
| cr | + | Upper St. Clair School District, Tucker Arensberg, P.C., c/o Michael C. Mazack, Esquire, 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14337447 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14283542 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14283543 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14283544 | + | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 14283545 | | Blatt Hasenmiller Leibsker & Moore LLC, 125 South Wacker Drive, Suite 400, Chicago, IL 60606-4440 |
| 14283552 | | John Deere Credit, PO Box 4450, Carol Stream, IL 60197-4450 |
| 14283553 | + | Kay Jewelers/Sterling Jewelers Inc., Sterling Jewelers, Po Box 1799, Akron, OH 44309-1799 |
| 14283554 | + | Labcorp, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14283556 | | Pnc Bank, 249 5th Sve Ste 30, Pittsburgh, PA 15222 |
| 14283557 | | Quest Diagnostics, PO Box 64892, Baltimore, MD 21264-4892 |
| 14288022 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14283560 | + | TD Bank, NA / Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14283561 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 14296685 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14283562 | + | Upper Saint Clair School District, 1820 McLaughlin Run Road, Pittsburgh, PA 15241-2300 |
| 14417156 | + | Upper St. Clair School District, c/o Michael C. Mazack, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2021 23:22:28 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14283544 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 24 2021 23:13:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 14283546 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 24 2021 23:22:23 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14283547 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 24 2021 23:22:22 | Capital One / Best Buy, Bankruptcy Dept., PO Box 85167, Richmond, VA 23285-5167 |
| 14283548 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 24 2021 23:22:25 | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 14283549 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2021 23:13:00 | Comenity Bank/Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 14283550 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 24 2021 23:13:00 | Credit Collection Services, 2 Wells Avenue, Newton Center, MA 02459-3225 |
| 14345432 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 24 2021 23:13:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, |

| District/off: 0315-2 | User: jfur | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: 408 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14283551 | | Email/Text: jill@ffcc.com | Nov 24 2021 23:13:00 | First Federal Credit & Collections, 24700 Chagrin Blvd, Suite 205, Cleveland, OH 44122 |
| 14323462 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2021 23:22:24 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14331686 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 24 2021 23:13:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14317813 | + | Email/PDF: cbp@onemainfinancial.com | Nov 24 2021 23:22:23 | ONEMAIN, 605 MUNN ROAD, FT MILL, SC 29715-8421 |
| 14283555 | + | Email/PDF: cbp@onemainfinancial.com | Nov 24 2021 23:22:18 | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 14715872 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 24 2021 23:13:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14639742 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2021 23:22:24 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14318830 | | Email/Text: bnc-quantum@quantum3group.com | Nov 24 2021 23:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14347793 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2021 23:22:22 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14283558 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2021 23:22:18 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14283559 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2021 23:22:27 | Syncrony Bank/ Toys R Us, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 14347103 | + | Email/Text: bncmail@w-legal.com | Nov 24 2021 23:13:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2021          Signature:          /s/Joseph Speetjens

District/off: 0315-2 | User: jfur | Page 3 of 3
Date Rcvd: Nov 24, 2021 | Form ID: 408 | Total Noticed: 37

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK N.A. bnicholas@kmllawgroup.com |
| Edgardo D Santillan | on behalf of Plaintiff Elizabeth I Papazian ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Edgardo D Santillan | on behalf of Debtor William J Atwell Jr. ed@santillanlaw.com, edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Edgardo D Santillan | on behalf of Debtor Elizabeth I Papazian ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Michael C. Mazack | on behalf of Creditor Upper St. Clair School District mmazack@tuckerlaw.com jdearment@lynchlaw-group.com;ddileva@lynchlaw-group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK N.A. amps@manleydeas.com |

TOTAL: 9