**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ELIZABETH I PAPAZIAN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:16-23260 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 22, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/01/2016 and confirmed on 10/21/16. The case was subsequently       Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 145,131.51 |
| Less Refunds to Debtor | 1,584.09 | |
| TOTAL AMOUNT OF PLAN FUND | | 143,547.42 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,700.00 | |
|    Trustee Fee | 6,965.58 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,665.58 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA<br>    Acct: 4808 | 0.00 | 62,387.50 | 0.00 | 62,387.50 |
|   PNC BANK NA<br>    Acct: 7084 | 0.00 | 10,333.77 | 0.00 | 10,333.77 |
|   PNC BANK NA<br>    Acct: 4808 | 1,006.25 | 1,006.25 | 0.00 | 1,006.25 |
|   PNC BANK NA<br>    Acct: 7084 | 0.00 | 0.00 | 0.00 | 0.00 |
|   DEERE & CO/JOHN DEERE CREDIT<br>    Acct: 3192 | 1,686.72 | 1,686.72 | 249.12 | 1,935.84 |
|   UPPER ST CLAIR SD (UPPER ST CLAIR) (<br>    Acct: B225 | 4,444.18 | 4,444.18 | 809.05 | 5,253.23 |
|   STERLING JEWELERS INC D/B/A THE GAI<br>    Acct: 0836 | 1,000.00 | 1,000.00 | 0.00 | 1,000.00 |
|   UPPER ST CLAIR SD (UPPER ST CLAIR) (<br>    Acct: B225 | 742.67 | 742.67 | 0.00 | 742.67 |
|   TOYOTA MOTOR CREDIT CORP (TMCC)<br>    Acct: 5575 | 4,987.40 | 4,987.40 | 187.86 | 5,175.26 |
| | | | | 87,834.52 |
| **Priority** | | | | |
|   EDGARDO D SANTILLAN ESQ**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ELIZABETH I PAPAZIAN<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ELIZABETH I PAPAZIAN<br>    Acct: | 1,154.00 | 1,154.00 | 0.00 | 0.00 |
|   ELIZABETH I PAPAZIAN<br>    Acct: | 430.09 | 430.09 | 0.00 | 0.00 |
|   SANTILLAN LAW FIRM PC<br>    Acct: | 2,950.00 | 2,950.00 | 0.00 | 0.00 |
|   SANTILLAN LAW FIRM PC<br>    Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX8-18 | 2,750.00 | 2,750.00 | 0.00 | 0.00 |
|   RONDA J WINNECOUR TRUSTEE/CLERK<br>    Acct: XXXXXXXXXXXXXXXX INC | 3,793.89 | 3,793.89 | 0.00 | 3,793.89 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | | | | 3,793.89 |
| Unsecured | | | | |
| DUQUESNE LIGHT COMPANY* | 641.16 | 549.85 | 0.00 | 549.85 |
| Acct: 3488 | | | | |
| AMERICAN EXPRESS CENTURION BNK | 4,708.20 | 4,037.71 | 0.00 | 4,037.71 |
| Acct: 3007 | | | | |
| AMERICAN EXPRESS CENTURION BNK | 133.16 | 114.20 | 0.00 | 114.20 |
| Acct: 4009 | | | | |
| BANK OF AMERICA NA**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3890 | | | | |
| BANK OF AMERICA NA**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8283 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9599 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2784 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3178 | | | | |
| LVNV FUNDING LLC | 16,991.14 | 14,571.43 | 0.00 | 14,571.43 |
| Acct: 5492 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 870.95 | 746.92 | 0.00 | 746.92 |
| Acct: 0307 | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0086 | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9854 | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0087 | | | | |
| LABCORP OF AMERICA HOLDINGS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 8,825.31 | 7,568.50 | 0.00 | 7,568.50 |
| Acct: 3167 | | | | |
| QUEST DIAGNOSTICS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 802.82 | 688.49 | 0.00 | 688.49 |
| Acct: 5601 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6047 | | | | |
| TD BANK USA NA** | 12,799.04 | 10,976.33 | 0.00 | 10,976.33 |
| Acct: 9321 | | | | |
| STERLING JEWELERS INC D/B/A THE GAI | 4,423.90 | 0.00 | 0.00 | 0.00 |
| Acct: 0836 | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BLATT HASENMILLER LEIBSKER++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT COLLECTION SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 39,253.43 |

TOTAL PAID TO CREDITORS                                                                                 130,881.84

```
TOTAL CLAIMED
PRIORITY           3,793.89
SECURED           13,867.22
UNSECURED         50,195.68
```

Date: 11/22/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　ELIZABETH I PAPAZIAN<br><br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:16-23260 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23260-JAD |
| Elizabeth I Papazian | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jfur | Page 1 of 3 |
| Date Rcvd: Nov 24, 2021 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth I Papazian, 139 Wildwood Road, Midland, PA 15059-2201 |
| cr | + | Upper St. Clair School District, Tucker Arensberg, P.C., c/o Michael C. Mazack, Esquire, 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14337447 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14283542 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14283543 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14283544 | + | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 14283545 | | Blatt Hasenmiller Leibsker & Moore LLC, 125 South Wacker Drive, Suite 400, Chicago, IL 60606-4440 |
| 14283552 | | John Deere Credit, PO Box 4450, Carol Stream, IL 60197-4450 |
| 14283553 | + | Kay Jewelers/Sterling Jewelers Inc., Sterling Jewelers, Po Box 1799, Akron, OH 44309-1799 |
| 14283554 | + | Labcorp, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14283556 | | Pnc Bank, 249 5th Sve Ste 30, Pittsburgh, PA 15222 |
| 14283557 | | Quest Diagnostics, PO Box 64892, Baltimore, MD 21264-4892 |
| 14288022 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14283560 | + | TD Bank, NA / Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14283561 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 14296685 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14283562 | + | Upper Saint Clair School District, 1820 McLaughlin Run Road, Pittsburgh, PA 15241-2300 |
| 14417156 | + | Upper St. Clair School District, c/o Michael C. Mazack, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2021 23:22:28 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14283544 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 24 2021 23:13:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 14283546 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 24 2021 23:22:23 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14283547 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 24 2021 23:22:18 | Capital One / Best Buy, Bankruptcy Dept., PO Box 85167, Richmond, VA 23285-5167 |
| 14283548 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 24 2021 23:22:29 | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 14283549 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2021 23:13:00 | Comenity Bank/Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 14283550 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 24 2021 23:13:00 | Credit Collection Services, 2 Wells Avenue, Newton Center, MA 02459-3225 |
| 14345432 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 24 2021 23:13:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, |

Case 16-23260-JAD    Doc 126    Filed 11/26/21    Entered 11/27/21 00:25:27    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: jfur | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: pdf900 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14283551 | | Email/Text: jill@ffcc.com | Nov 24 2021 23:13:00 | First Federal Credit & Collections, 24700 Chagrin Blvd, Suite 205, Cleveland, OH 44122 |
| 14323462 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2021 23:22:19 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14331686 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 24 2021 23:13:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14317813 | + | Email/PDF: cbp@onemainfinancial.com | Nov 24 2021 23:22:22 | ONEMAIN, 605 MUNN ROAD, FT MILL, SC 29715-8421 |
| 14283555 | + | Email/PDF: cbp@onemainfinancial.com | Nov 24 2021 23:22:28 | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 14715872 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 24 2021 23:13:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14639742 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2021 23:22:23 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14318830 | | Email/Text: bnc-quantum@quantum3group.com | Nov 24 2021 23:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14347793 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2021 23:22:27 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14283558 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2021 23:22:28 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14283559 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2021 23:22:27 | Syncrony Bank/ Toys R Us, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 14347103 | + | Email/Text: bncmail@w-legal.com | Nov 24 2021 23:13:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2021     Signature:     /s/Joseph Speetjens

Case 16-23260-JAD    Doc 126    Filed 11/26/21    Entered 11/27/21 00:25:27    Desc
Imaged Certificate of Notice    Page 8 of 8

| District/off: 0315-2 | User: jfur | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: pdf900 | Total Noticed: 37 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK N.A. bnicholas@kmllawgroup.com |
| Edgardo D Santillan | on behalf of Plaintiff Elizabeth I Papazian ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Edgardo D Santillan | on behalf of Debtor William J Atwell Jr. ed@santillanlaw.com, edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Edgardo D Santillan | on behalf of Debtor Elizabeth I Papazian ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Michael C. Mazack | on behalf of Creditor Upper St. Clair School District mmazack@tuckerlaw.com jdearment@lynchlaw-group.com;ddileva@lynchlaw-group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK N.A. amps@manleydeas.com |

TOTAL: 9