IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 16-23260-JAD |
| ELIZABETH I. PAPAZIAN | ) | Chapter 13 |
| Debtor | ) | |
| _____ | ) | |
| ELIZABETH I. PAPAZIAN | ) | |
| MOVANT | ) | |
| VS | ) | |
| RONDA WINNECOUR, TRUSTEE | ) | |
| TRUSTEE | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On September 12, 2016 at docket number 17, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies)*: Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated November 29, 2021

/s/ Edgardo D. Santillan
Edgardo D. Santillan Esquire
PA ID No. 60030
SANTILLAN LAW, P.C.
908 22nd St.
Aliquippa, PA 15001
724-770-1040
ed@santillanlaw.com

**PAWB Local Form 24 (07/13)**