| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Elizabeth I Papazian** | Social Security number or ITIN  xxx–xx–3488 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _  EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **16–23260–JAD** | |

# Order of Discharge       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Elizabeth I Papazian

<u>1/12/22</u>                                        **By the court:**   <u>Jeffery A. Deller</u>
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23260-JAD |
| Elizabeth I Papazian | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 3 |
| Date Rcvd: Jan 12, 2022 | Form ID: 3180W | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth I Papazian, 139 Wildwood Road, Midland, PA 15059-2201 |
| cr | + | Upper St. Clair School District, Tucker Arensberg, P.C., c/o Michael C. Mazack, Esquire, 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14337447 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14283542 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14283545 | | Blatt Hasenmiller Leibsker & Moore LLC, 125 South Wacker Drive, Suite 400, Chicago, IL 60606-4440 |
| 14283552 | | John Deere Credit, PO Box 4450, Carol Stream, IL 60197-4450 |
| 14283553 | + | Kay Jewelers/Sterling Jewelers Inc., Sterling Jewelers, Po Box 1799, Akron, OH 44309-1799 |
| 14283554 | + | Labcorp, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14283556 | | Pnc Bank, 249 5th Sve Ste 30, Pittsburgh, PA 15222 |
| 14283557 | | Quest Diagnostics, PO Box 64892, Baltimore, MD 21264-4892 |
| 14288022 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14296685 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14283562 | + | Upper Saint Clair School District, 1820 McLaughlin Run Road, Pittsburgh, PA 15241-2300 |
| 14417156 | + | Upper St. Clair School District, c/o Michael C. Mazack, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 13 2022 04:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2022 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 13 2022 04:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2022 00:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Jan 13 2022 04:53:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14337447 | | Email/PDF: bncnotices@becket-lee.com | Jan 12 2022 23:58:35 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14283542 | + | Email/PDF: bncnotices@becket-lee.com | Jan 12 2022 23:58:52 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14283543 | + | EDI: BANKAMER.COM | Jan 13 2022 04:53:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |

| District/off: 0315-2 | User: lfin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2022 | Form ID: 3180W | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| 14283544 | + | EDI: TSYS2 | Jan 13 2022 04:53:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 14283546 | + | EDI: CAPITALONE.COM | Jan 13 2022 04:53:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14283547 | | EDI: CAPITALONE.COM | Jan 13 2022 04:53:00 | Capital One / Best Buy, Bankruptcy Dept., PO Box 85167, Richmond, VA 23285-5167 |
| 14283548 | + | EDI: CITICORP.COM | Jan 13 2022 04:53:00 | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 14283549 | + | EDI: WFNNB.COM | Jan 13 2022 04:53:00 | Comenity Bank/Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 14283550 | + | EDI: CCS.COM | Jan 13 2022 04:53:00 | Credit Collection Services, 2 Wells Avenue, Newton Center, MA 02459-3225 |
| 14345432 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 13 2022 00:01:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14283551 | | Email/Text: jill@ffcc.com | Jan 13 2022 00:00:00 | First Federal Credit & Collections, 24700 Chagrin Blvd, Suite 205, Cleveland, OH 44122 |
| 14323462 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2022 00:09:01 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14331686 | + | EDI: MID8.COM | Jan 13 2022 04:53:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14317813 | + | EDI: AGFINANCE.COM | Jan 13 2022 04:53:00 | ONEMAIN, 605 MUNN ROAD, FT MILL, SC 29715-8421 |
| 14283555 | + | EDI: AGFINANCE.COM | Jan 13 2022 04:53:00 | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 14715872 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2022 00:00:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14639742 | | EDI: PRA.COM | Jan 13 2022 04:53:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14318830 | | EDI: Q3G.COM | Jan 13 2022 04:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14347793 | + | EDI: RMSC.COM | Jan 13 2022 04:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14283558 | + | EDI: RMSC.COM | Jan 13 2022 04:53:00 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14283559 | + | EDI: RMSC.COM | Jan 13 2022 04:53:00 | Syncrony Bank/ Toys R Us, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 14347103 | + | Email/Text: bncmail@w-legal.com | Jan 13 2022 00:01:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14283560 | + | EDI: WTRRNBANK.COM | Jan 13 2022 04:53:00 | TD Bank, NA / Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14283561 | | EDI: TFSR.COM | Jan 13 2022 04:53:00 | Toyota Motor Credit, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 16-23260-JAD    Doc 131    Filed 01/14/22    Entered 01/18/22 08:59:38    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: lfin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2022 | Form ID: 3180W | Total Noticed: 39 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2022                          Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK N.A. bnicholas@kmllawgroup.com |
| Edgardo D Santillan | on behalf of Plaintiff Elizabeth I Papazian ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Edgardo D Santillan | on behalf of Debtor William J Atwell Jr. ed@santillanlaw.com, edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Edgardo D Santillan | on behalf of Debtor Elizabeth I Papazian ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Michael C. Mazack | on behalf of Creditor Upper St. Clair School District mmazack@tuckerlaw.com jdearment@lynchlaw-group.com;ddileva@lynchlaw-group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK N.A. amps@manleydeas.com |

TOTAL: 9