# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
   ELIZABETH I PAPAZIAN

        Debtor(s)

   Ronda J. Winnecour
        Movant
       vs.
   No Repondents.

Case No.:16-23260 JAD

Chapter 13

Document No.:  123

FILED
1/12/22 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

AND NOW, this ___12th_____day of _January_____, 20_22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

jsf

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | | Case No. 16-23260-JAD |
|---|---|---|
| Elizabeth I Papazian | | Chapter 13 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: lfin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2022 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth I Papazian, 139 Wildwood Road, Midland, PA 15059-2201 |
| cr | + | Upper St. Clair School District, Tucker Arensberg, P.C., c/o Michael C. Mazack, Esquire, 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14337447 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14283542 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14283543 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14283545 | | Blatt Hasenmiller Leibsker & Moore LLC, 125 South Wacker Drive, Suite 400, Chicago, IL 60606-4440 |
| 14283552 | | John Deere Credit, PO Box 4450, Carol Stream, IL 60197-4450 |
| 14283553 | + | Kay Jewelers/Sterling Jewelers Inc., Sterling Jewelers, Po Box 1799, Akron, OH 44309-1799 |
| 14283554 | + | Labcorp, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14283556 | | Pnc Bank, 249 5th Sve Ste 30, Pittsburgh, PA 15222 |
| 14283557 | | Quest Diagnostics, PO Box 64892, Baltimore, MD 21264-4892 |
| 14288022 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14283560 | + | TD Bank, NA / Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14296685 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14283562 | + | Upper Saint Clair School District, 1820 McLaughlin Run Road, Pittsburgh, PA 15241-2300 |
| 14417156 | + | Upper St. Clair School District, c/o Michael C. Mazack, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2022 23:58:52 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14337447 | | Email/PDF: bncnotices@becket-lee.com | Jan 12 2022 23:57:58 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14283542 | + | Email/PDF: bncnotices@becket-lee.com | Jan 12 2022 23:58:53 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14283544 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 13 2022 00:01:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 14283546 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 12 2022 23:58:10 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14283547 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 12 2022 23:58:11 | Capital One / Best Buy, Bankruptcy Dept., PO Box 85167, Richmond, VA 23285-5167 |
| 14283548 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2022 00:09:01 | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 14283549 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2022 00:01:00 | Comenity Bank/Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 14283550 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 13 2022 00:01:00 | Credit Collection Services, 2 Wells Avenue, |

Newton Center, MA 02459-3225

14345432        +  Email/Text: kburkley@bernsteinlaw.com

                                                         Jan 13 2022 00:01:00      Duquesne Light Company, c/o Peter J. Ashcroft,,
                                                                                   Bernstein-Burkley, P.C.,, 707 Grant St., Suite
                                                                                   2200, Gulf Tower,, Pittsburgh, PA 15219-1945

14283551           Email/Text: jill@ffcc.com

                                                         Jan 13 2022 00:00:00      First Federal Credit & Collections, 24700 Chagrin
                                                                                   Blvd, Suite 205, Cleveland, OH 44122

14323462           Email/PDF: resurgentbknotifications@resurgent.com

                                                         Jan 12 2022 23:58:42      LVNV Funding, LLC its successors and assigns
                                                                                   as, assignee of Citibank, N.A., Resurgent Capital
                                                                                   Services, PO Box 10587, Greenville, SC
                                                                                   29603-0587

14331686        +  Email/Text: bankruptcydpt@mcmcg.com

                                                         Jan 13 2022 00:01:00      MIDLAND FUNDING LLC, PO Box 2011,
                                                                                   Warren, MI 48090-2011

14317813        +  Email/PDF: cbp@onemainfinancial.com

                                                         Jan 12 2022 23:58:37      ONEMAIN, 605 MUNN ROAD, FT MILL, SC
                                                                                   29715-8421

14283555        +  Email/PDF: cbp@onemainfinancial.com

                                                         Jan 12 2022 23:58:15      Onemain Financial/Citifinancial, 6801 Colwell
                                                                                   Blvd, Ntsb-2320, Irving, TX 75039-3198

14715872           Email/Text: Bankruptcy.Notices@pnc.com

                                                         Jan 13 2022 00:00:00      PNC BANK N.A., PO BOX 94982,
                                                                                   CLEVELAND, OH 44101

14639742           Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com

                                                         Jan 12 2022 23:58:20      Portfolio Recovery Associates, LLC, PO Box
                                                                                   41067, Norfolk, VA 23541

14318830           Email/Text: bnc-quantum@quantum3group.com

                                                         Jan 13 2022 00:01:00      Quantum3 Group LLC as agent for, Comenity
                                                                                   Bank, PO Box 788, Kirkland, WA 98083-0788

14347793        +  Email/PDF: gecsedi@recoverycorp.com

                                                         Jan 12 2022 23:58:37      Synchrony Bank, c/o PRA Receivables
                                                                                   Management, LLC, PO Box 41021, Norfolk VA
                                                                                   23541-1021

14283558        +  Email/PDF: gecsedi@recoverycorp.com

                                                         Jan 12 2022 23:58:09      Synchrony Bank/Lowes, Po Box 965064, Orlando,
                                                                                   FL 32896-5064

14283559        +  Email/PDF: gecsedi@recoverycorp.com

                                                         Jan 12 2022 23:58:37      Syncrony Bank/ Toys R Us, Attn: Bankrupty, Po
                                                                                   Box 103104, Roswell, GA 30076-9104

14347103        +  Email/Text: bncmail@w-legal.com

                                                         Jan 13 2022 00:01:00      TD Bank USA, N.A., C O WEINSTEIN &
                                                                                   RILEY, PS, 2001 WESTERN AVENUE, STE
                                                                                   400, SEATTLE, WA 98121-3132

14283561           Email/Text: TFS_Agency_Bankruptcy@toyota.com

                                                         Jan 13 2022 00:00:00      Toyota Motor Credit, Toyota Financial Services,
                                                                                   Po Box 8026, Cedar Rapids, IA 52408

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

District/off: 0315-2                                    User: lfin                                          Page 3 of 3
Date Rcvd: Jan 12, 2022                            Form ID: pdf900                            Total Noticed: 37

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2022                         Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK N.A. bnicholas@kmllawgroup.com |
| Edgardo D Santillan | on behalf of Plaintiff Elizabeth I Papazian ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Edgardo D Santillan | on behalf of Debtor William J Atwell  Jr. ed@santillanlaw.com, edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Edgardo D Santillan | on behalf of Debtor Elizabeth I Papazian ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Michael C. Mazack | on behalf of Creditor Upper St. Clair School District mmazack@tuckerlaw.com jdearment@lynchlaw-group.com;ddileva@lynchlaw-group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK N.A. amps@manleydeas.com |

TOTAL: 9